**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 383 MAL 2020

Respondent      :

     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court

v.      :

ANWAAR GETTYS,      :

Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.